FILED

03/10/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0416

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0416

_____

ANNELIES AIKING-TAYLOR,

     Plaintiff and Appellant,

v.                                    O R D E R

OLIVER SERANG,

     Defendant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Annelies Aiking-Taylor, to all counsel of record, and to the Honorable John W. Larson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 10 2021